JS 44 (Rev. 3/99)

# CIVIL COVER SHEET 3:05cv235HTW-JCS

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Sanchez Crosby, et al. (see attachment)

**DEFENDANTS**
Lincoln Electric Co., et al.

APR - 8 2005
J.T. NOBLIN, CLERK
DEPUTY

**(b)** County of Residence of First _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
see attachment

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- X 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | X 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | x 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- X 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. §§ 1332 and 1442

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ over $75,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE 4/8/05
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # J005055 AMOUN _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

| # | LAST NAME | FIRST NAME | ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | AGEE | WILLIE | 1034 QUEENSBURG AVE | LAUREL | MS | 39440 |
| 3 | ALEXANDER, SR. | MILTON | 5105 ELIZABETH PLESSALA LN. | NEW IBERIA | LA | 70563 |
| 4 | ALLEN | ROBERT | 977 SCOTT RD | VICKSBURG | MS | 39180 |
| 5 | ALLEN | WILLIE | 1902 COURT STREET | VICKSBURG | MS | 39183 |
| 6 | ALRIDGE | JOE | 31 VESTER RD | LAUREL | MS | 39443 |
| 7 | AMERSON | ERNEST | 62 SHRILEY DR | ELLISVILLE | MS | 39437 |
| 8 | ANDERSON | JESSE | 917 REDWINE CIR. | WEST POINT | MS | 39773 |
| 9 | ANTHONY | JOHN | P. O. BOX 615 | LOREAUVILLE | LA | 70552 |
| 10 | ANTHONY, SR. | OSWALD | P. O. BOX 474 | LOREAUVILLE | LA | 70552 |
| 11 | ANTOINE | HAROLD | 510 E. DALE ST | NEW IBERIA | LA | 70560 |
| 12 | ARMSTRONG | JOHNIE | 6 H BROOK CENTERVILLE RD | TAYLORSVILLE | MS | 39164 |
| 13 | ATKINS | ANTHONY | 527 ARCO LN | LAUREL | MS | 39440 |
| 14 | AUGUST | CLIFTON | P. O. BOX 828 | JEANERETTE | LA | 70544 |
| 15 | BAILEY | ORA | 453 DEE DEE RD | COLUMBUS | MS | 39702 |
| 16 | BARNES | JAMES | 7581 HWY 84 W. | TAYLORSVILLE | MS | 39168 |
| 17 | BARNES | PATRICIA | 40 THOMAS DR | VICKSBURG | MS | 39180 |
| 18 | BARNES, SR | TARUS | 6 MARION DR | LAUREL | MS | 39440 |
| 19 | BARNES | VERA | 6119 DORA AVE. | MOSS POINT | MS | 39563 |
| 20 | BARNETT | WILL | 628 ELLISVILLE BLVD | LAUREL | MS | 39440 |
| 21 | BARNETT | WILLE | 36 CR 661 | HEIDELBERG | MS | 39439 |
| 22 | BARNETT | WILLIE | 1524 HWY 11 | HEIDELBERG | MS | 39439 |
| 23 | BARNETT, SR | WALLACE | 37 CR 661 | HEIDELBERG | MS | 39439 |
| 24 | BARNHILL | HAROLD | 3310 YORKVILLE RD E. | COLUMBUS | MS | 39702 |
| 25 | BARROW | JERRY | 392 SAM BARROW RD | STARKS | LA | 70661 |
| 26 | BASS | JULIUS | 1041 DR MLK AVE | LAUREL | MS | 39440 |
| 27 | BECK | CHARLES | 2023 AIRPORT DR | LAUREL | MS | 39440 |
| 28 | BELL | MICKEY | 226 MELON ST | LAUREL | MS | 39440 |
| 29 | BELL | GERALDINE | P.O. BOX 493 | ELLISVILLE | MS | 39437 |
| 30 | BELL | SAMMIE | 639 W. MAIN ST | WEST POINT | MS | 39773 |
| 31 | BELL | JONATHAN | 1987 ROGER RD | WEST POINT | MS | 39773 |
| 32 | BELL (DEC.) | JOHNNY LEE | 5243 BILLY ST | MOSS POINT | MS | 39563 |
| 33 | BENOIT | JAMES | 221 JOHN CIR. | RAGLEY | LA | 70567 |
| 34 | BERGIN | MICHAEL | 49 FREEMAN JOHNSON RD | LAUREL | MS | 39443 |
| 35 | BERRY | FRANK | 908 N. JOE WHEELER | LAUREL | MS | 39440 |
| 36 | BESTER | CALVIN | 106 MAGNOLIA LN | TAYLORSVILLE | MS | 39168 |
| 37 | BISHOP | CLIFTON | 4062 NEW HOPE RD | COLUMBUS | MS | 39702 |


EXHIBIT 1

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 38 | BLACK, JR | LONZELL | 1395 FIRE TOWER RD | MACON | MS | 39341 |
| 39 | BLACKMON | CARLOS | RT 3 BOX 178-C | PRENTISS | MS | 39474 |
| 40 | BLAIR | BARBARA | P.O. BOX 906 | WEST POINT | MS | 39773 |
| 41 | BLUE | LAMAR | 67 G MORGAN RD | LAUREL | MS | 39443 |
| 42 | BOLTON | JOE | P. O. BOX 10 | ESCATAWPA | MS | 39552 |
| 43 | BOUTWELL | DAVID | 271 FLEM PHILLIPS RD | ELLISVILLE | MS | 39437 |
| 44 | BRACEY | RAY C. | 3840 JODY ST. | MOSS POINT | MS | 39563 |
| 45 | BRELAND | LARRY | 204 CLARENCE RAY DR | HATTIESBURG | MS | 39402 |
| 46 | BROUSSARD | NORMAN | 1544 COPP ST. | JEANERETTE | LA | 70544 |
| 47 | BROWN | CHARLIE | 1517 10TH AVE N. | COLUMBUS | MS | 39701 |
| 48 | BROWN | HARVEY | P.O. BOX 6377 | LAUREL | MS | 39441 |
| 49 | BROWN | MCARTHUR | 404 HAW RD | PRENTISS | MS | 39474 |
| 50 | BROWN | JAMES | P.O. BOX 6340 | LAUREL | MS | 39441 |
| 51 | BUCKLEY | WALTER | 403 PETTIS ST | ELLISVILLE | MS | 39437 |
| 52 | BUCKLEY | WINSTON | 38 CR 814 | LAUREL | MS | 39443 |
| 53 | BURRUS | JERRY | 655 AIRLINE RD | LAUREL | MS | 39702 |
| 54 | BUSH | LB | 353 SWARTZ DR | COLUMBUS | MS | 39705 |
| 55 | BYRD | ROBERT | P.O. BOX 474 | SOSO | MS | 39480 |
| 56 | CAMPBELL | O.W. | 105 COUNTY RD 1725 | BAY SPRINGS | MS | 39422 |
| 57 | CANNON | HARVEY | 813 JAMES ST | WEST POINT | MS | 39773 |
| 58 | CARTER | CHARLES | 2024 QUNEEBUNG AVE | LAUREL | MS | 39440 |
| 59 | CARTER | GENE A. | 6428 HWY. 613 | MOSS POINT | MS | 39563 |
| 60 | CARTER | LOUIS | 4612 OAK AVE. | MOSS POINT | MS | 39563 |
| 61 | CASTLE | LAWRENCE | 1418 WASHINGTON ST. | JEANERETTE | LA | 70544 |
| 62 | CAVER | KEITH | 1887 SHUBUTA EUCUTTA RD | SHUBUTA | MS | 35360 |
| 63 | CHAISSON | MICHAEL | 516 N. STANFORD ST | SULPHUR | LA | 70663 |
| 64 | CHANDLER | ROBERT | 117 ROSA LANDY DR | MACON | MS | 39341 |
| 65 | CHAPMAN | MITCHELL | 576 SUMMERLAND RD | TAYLORSVILLE | MS | 39168 |
| 66 | CHAPMAN | DELOIS | 704 N. 1ST AVE | LAUREL | MS | 39440 |
| 67 | CLARK, JR | ROSAQER | P.O. BOX 258 | PRAIRIE | MS | 39756 |
| 68 | CLAY, JR. | ANDERSON | 515 CANAL ST. | JEANERETTE | LA | 70544 |
| 69 | CLAY | CORRY | 1429 CHURCHILL CR | STARKVILLE | MS | 39759 |
| 70 | CLAYTON | EDWARD | 16 TOY JONES RD | LAUREL | MS | 39443 |
| 71 | CLAYTON, JR. | WILLIE | 45 A.D. SHELBY RD. | SOSO | MS | 39480 |
| 72 | COCHRAN | JERRY | 6266 WESTERN HILLS AVE | MOBILE | AL | 36609 |
| 73 | COLAR, SR. | WILLIAM LEE | 1106 JULIES LN | JEANERETTE | LA | 70544 |
| 74 | COLEMAN | GREGORY | 809 GRAHAM ST | ELLISVILLE | MS | 39437 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 75 | COLEMAN, JR. | JOHN W. | 3801 MELTON AVE., APT. 13C | PASCAGOULA | MS | 39581 |
| 76 | COLEMAN | ROGER | 626 N. MCCRARY RD | COLUMBUS | MS | 39702 |
| 77 | CONNER | ROBERT | 1503 ROBERTS ST | LAUREL | MS | 39440 |
| 78 | COOLEY | GLENNIS | 226 FRIENDSHIP RD | LAUREL | MS | 39443 |
| 79 | COOLEY | WILLIS | 1923 N. 3RD AVE | LAUREL | MS | 39440 |
| 80 | COOLEY | HOLLIS | 1030 SHUBOTA EUCUTTA RD | SHUBUTA | MS | 39360 |
| 81 | COOLEY | JOE | 723 S. 6TH AVE | LAUREL | MS | 39440 |
| 82 | COOPER | ARTHUR | 516 ELLISVILLE BLVD | LAUREL | MS | 39440 |
| 83 | COOPER | MICHAEL | 1023 N. 10TH AVE | LAUREL | MS | 39440 |
| 84 | COOPERWOOD | VIVIAN | 911 MEADOW HILL RD | LAUREL | MS | 39440 |
| 85 | COVINGTON | EDWINA | 72 FORMBY DR | LAUREL | MS | 39443 |
| 86 | CROSBY | SANCHEZ | 110 MAG HATTEN RD | WEST POINT | MS | 39773 |
| 87 | CRUMPLER | BILLY | 1300 BEECH W. | TAYLORSVILLE | MS | 39168 |
| 88 | CUNNINGHAM | WILLIAM | 379 JIM BOYD RD | LAKE | LA | 70669 |
| 89 | CUNNINGHAM | JACK | 905 MOSLEY AVE | MACON | MS | 39341 |
| 90 | CURTIS | MARY A. | 330 BIRMINGHAM ST. | WEST POINT | MS | 39773 |
| 91 | DACE | ALLEN | 724 JACKSON | PRICHARD | AL | 36618 |
| 92 | DANIELS | SANDRA | 4331 NASHVILLE FERRY RD E | LAUREL | MS | 39440 |
| 93 | DANIELS | ABNER | 3868 E. CHURCHILL RD | COLUMBUS | MS | 39702 |
| 94 | DANNER | HENRY | 40081 FIELDS DR | WEST POINT | MS | 39773 |
| 95 | DANTZLER | CHARLES | P.O. BOX 75 | HAMILTON | MS | 39746 |
| 96 | DAVIS | ANTHONY | 202 JOSH RD | VOSSBURG | MS | 39366 |
| 97 | DAVIS | JOHNNY | 88 MAXEY RD | MOSELLE | MS | 39459 |
| 98 | DAVIS, JR | W.C. | 315 FLORA AVE | LAUREL | MS | 39443 |
| 99 | DEANES | CORA | 1456 DUNCAN | LAUREL | MS | 39440 |
| 100 | DEANES | WILLIS | 10654 HWY 45 | WEST POINT | MS | 39773 |
| 101 | DEGRAFFENREID | DENNIS | 2412 3RD AVE S. | PRAIRIE | MS | 39756 |
| 102 | DEROUEN, SR. | GUY J. | 500 DRUILKET ST. | COLUMBUS | MS | 39180 |
| 103 | DOWNEY | BOOBBY | 306 DOWNEY RD | JEANERETTE | LA | 70544 |
| 104 | DRAKE | CLINTON | P.O. BOX 171 | SULLIGENT | AL | 35586 |
| 105 | DRAKE, JR | HERMAN | P.O. BOX 133 | PRAIRIE | MS | 39756 |
| 106 | DREAD | J. L. | 4242 W. BAYOU AVE. | PRAIRIE | MS | 35756 |
| 107 | DUCKSWORTH, JR | S.L. | 3315 UNIVERSITY AVE | MOSS POINT | MS | 39563 |
| 108 | DUHON | DONALD P. | 1499 BAYOMNCE ST. | LAUREL | MS | 39440 |
| 109 | DUNN | TERRY | 541 MAHORNER RD | JEANERETTE | LA | 70544 |
| 110 | EDWARD | JAMES | 1108 AVE D | SHUQUALAK | MS | 39361 |
| 111 | EDWARDS | TERRY | P.O. BOX 464 | VICKSBURG | MS | 39180 |
| | | | | ALICEVILLE | AL | 35442 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 112 | EDWARDS | WILLIE | 729 LITTLE ST | WEST POINT | MS | 39743 |
| 113 | EPPS | NORRIS | 4518 TRAM RD. | MOSS POINT | MS | 39563 |
| 114 | EVANS | ROBERT L. | 5249 BILLY ST. | MOSS POINT | MS | 39563 |
| 115 | EVANS | SUSIE | 60 CR 361 | HEIDELBERG | MS | 39562 |
| 116 | EVANS | VICTOR L. | 3801 MELTON AVE. APT. 33C | PASCAGOULA | MS | 39439 |
| 117 | EVANS, JR | WEBB | 10222 DAVIDSON RD | WEST POINT | MS | 39581 |
| 118 | EWING | ROBERT | 10054 BAPTIST GROVE RD | PRAIRIE | MS | 39773 |
| 119 | EWING | EARNST | 10042 BAPTIST GROVE DR | PRAIRIE | MS | 39773 |
| 120 | FAIRLEY | PAUL | 124 BEATLINE RD. | MCLAIN | MS | 39756 |
| 121 | FEARS | CATHERINE | 927 CRONWELL ST | WEST POINT | MS | 39456 |
| 122 | FERGUSON | ROY | 687 BROWN RD | WEST POINT | MS | 39773 |
| 123 | FIELDS | JOHNNY | P.O. BOX 223 | ETHELSVILLE | AL | 35461 |
| 124 | FORD | BRUCE | 1201 DUOSE ST. APT E-10 | ARTESIA | MS | 39736 |
| 125 | FORTENBERRY | LAMONT | 920 CHIPPEWAH DR APT C-2 | ELLISVILLE | MS | 39437 |
| 126 | FRANCIS | LEROY | 825 IVAN ST. | LAUREL | MS | 39440 |
| 127 | FULGHAM | TOM | 20 CALLEN DR | NEW IBERIA | LA | 70560 |
| 128 | GALLASPY | BETTY | 1629 N 5TH AVE | VICKSBURG | MS | 39180 |
| 129 | GALLASPY | CURTIS | 613 E. 8TH ST | LAUREL | MS | 39440 |
| 130 | GANDY | ADMISE | 602 VALLEY | LAUREL | MS | 39440 |
| 131 | GEORGE | CHARLIE | P.O. BOX 6324 | MACON | MS | 39341 |
| 132 | GIBSON | CHAVEZ | 114 DIXION RD. | LAUREL | MS | 39441 |
| 133 | GILLARD | EMMA | P.O. BOX 43 | LORMAN | MS | 39096 |
| 134 | GILMER | MOHNIE | 904 NEWITVICK | WEST POINT | MS | 39773 |
| 135 | GLEESE | ERNEST | 60 RALLROAD ALLEY | VICKSBURG | MS | 39180 |
| 136 | GLENN | KURT | 129 NOAH LANE | VICKSBURG | MS | 39180 |
| 137 | GLENN | TONY | 524 GLENN RD | MACON | MS | 39341 |
| 138 | GOODWIN | WILLIE | 1104 MILITARY RD | BROOKSVILLE | MS | 39739 |
| 139 | GORDON | GERALDINE | 87 WHITE OAK DR | COLUMBUS | MS | 39701 |
| 140 | GORDON | WADE | 87 WHITE OAK DR | COLUMBUS | MS | 39705 |
| 141 | GRANT | WILLIAM | 2015 BRIARWOOD DR | COLUMBUS | MS | 39705 |
| 142 | GRASSIREE | DESI | 4431 DRAKE HILL RD | LAUREL | MS | 39440 |
| 143 | GRAY | RACHEL | 302 4TH AVE N. | BROOKSVILLE | MS | 39739 |
| 144 | GRAY | CHARLES | REED RD APT 36 | COLUMBUS | MS | 39701 |
| 145 | GRAY | BILLIE | P.O. BOX 2064 | STARKVILLE | MS | 39759 |
| 146 | GRAY | BILLIE | 1429 CHURCHILL CR | STARKVILLE | MS | 39760 |
| 147 | GREEN | A. C. | 3831 ANDREW ST. | STARKVILLE | MS | 39759 |
| 148 | GRISSON | JC | 142 PLUM GROVE RD | COLUMBUS | MS | 39701 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 149 | GUNN | ANDRE | 3665 GUNN RD | WEST POINT | MS | 39773 |
| 150 | HALBERT | JOHN | 115 BADGER LN | COLUMBUS | MS | 39705 |
| 151 | HALL | GERALDINE | 2505 FIRST AVE. | MOBILE | AL | 36617 |
| 152 | HALL | KING | P.O. BOX 1252 | WEST POINT | MS | 39773 |
| 153 | HALL | VELMA | 1587 GATES RD | CEDAR BLUFF | MS | 39741 |
| 154 | HARRIS | CURTIS | 495 CHATCHEW RD | COLUMBUS | MS | 39701 |
| 155 | HARRIS, SR | GARY | 150 MASSEY RD | VICKSBURG | MS | 39180 |
| 156 | HARRIS, JR | SAMMIE | 811 PNOGNESS ST | WEST POINT | MS | 39773 |
| 157 | HERBERT | MARSHALL | 2509 2ND ST. | JEANERETTE | LA | 70544 |
| 158 | HEIDELBERG | HENRY | P.O. BOX 444 | HEIDELBERG | MS | 39439 |
| 159 | HENDERSON | RICO | 2541 HWY 45 S. | WAYNESBORO | MS | 39367 |
| 160 | HEPLER | JAMES | 1512 ASHLY ST | SULPHUR | LA | 70663 |
| 161 | HICKS | ROOSEVELT | 15 CHARLIE DR | ELLISVILLE | MS | 39437 |
| 162 | HIGHTOWER, JR | DAVID | 134 STUBB RD | BASSFIELD | MS | 39421 |
| 163 | HILL | BERNARD | 417 FONTELIEU DR. | NEW IBERIA | LA | 70560 |
| 164 | HILL | CLEOTIS | 140712 AVE N. | COLUMBUS | MS | 39701 |
| 165 | HILL | HILDA | 100 BEN MORGAN DR | COLUMBUS | MS | 39705 |
| 166 | HILL | JAMES | 885 PINEY WOOD RD | MACON | MS | 39341 |
| 167 | HILL, JR | ISSAC | P.O. BOX 215 | STEENS | MS | 39776 |
| 168 | HINTON | WILLIAM | P.O. BOX 39476 | RICHTON | MS | 39476 |
| 169 | HODGE | DAVID | 815 SHADY GRAVE-MOSS RD | LAUREL | MS | 39443 |
| 170 | HODGE | JERRY | 46 LINE RD | LAUREL | MS | 39443 |
| 171 | HOLLINGSHED | CALVIN | P.O. BOX 451 | CRAWFORD | MS | 37743 |
| 172 | HOPES | JONATHAN | 1018 PELLERIN ST. | JEANERETTE | LA | 70544 |
| 173 | HOPES, JR | JOSHUA | 2106 TIME ST | JEANERETTE | LA | 70544 |
| 174 | HOUSE | ALEX | 706 N. 1ST AVE | LAUREL | MS | 39440 |
| 175 | HOUSTON | CHARLES | 6924 BREWSTER | MOSS POINT | MS | 39562 |
| 176 | IGUS | HARRY E. | 2113 FELIX ST. | MOBILE | AL | 36617 |
| 177 | INGE | DENISE | 109 LEFLORE ST | STARKVILLE | MS | 39758 |
| 178 | INGRAM | JAMES | 4154 COUNTY RD 4 | FAYETTE | AL | 35555 |
| 179 | IVY | PHILLIP | 13377 MOON HEARD RD | PRAIRIE | MS | 39756 |
| 180 | IVY | GREGORY | P.O. BOX 1609 | WEST POINT | MS | 39756 |
| 181 | IVY | SHERMAN | 13444 MOON HEARD RD | PRAIRIE | MS | 39756 |
| 182 | JACKSON | KENNETH | 102 PINEYWOOD DR | LOUISVILLE | MS | 39339 |
| 183 | JAMES | RUFFIN | 1621 AIRPORT DR | LAUREL | MS | 39441 |
| 184 | JAMES | TONYA L. | 5723 EASTWOOD DR. | MOSS POINT | MS | 39563 |
| 185 | JAMISON | ADOLPHUS | 390 MADERIA DR | COLUMBUS | MS | 39702 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 186 | JAMISON | EURGENTEEN | 390 MADERIA DR | COLUMBUS | MS | 39702 |
| 187 | JEANLOUIS | EDDIE | 1502 OUBRE LANE | ST. MARTINVILLE | LA | 70582 |
| 188 | JEANLOUIS, JR | ALFRED | 2418 6TH ST | JEANERETTE | LA | 70544 |
| 189 | JOHNSON, JR. | CHARLES | 535 DRUILHET ST. | JEANERETTE | LA | 70544 |
| 190 | JOHNSON | LARRY | 1312 5TH ST S. | COLUMBUS | MS | 39701 |
| 191 | JOHNSON | EDWARD | P.O. BOX 382 | STATELINE | MS | 39362 |
| 192 | JONES | CHARLES | 61 COUNTY RD 179 | STRINGER | MS | 39481 |
| 193 | JONES | CHRISTOPHER | 808 JEFFERSON TERRACE | NEW IBERIA | LA | 70573 |
| 194 | JONES | JOE | 528-MLK | COLUMBUS | MS | 39701 |
| 195 | JONES | JOE | 8917 CARNATION DR. | ESCATAWPA | MS | 39552 |
| 196 | JONES | MCARTHUR | 1801 CR 35 | VOSSBURG | MS | 39366 |
| 197 | JONES | NOLAN | 213 S. MERIDIAN AVE | LAUREL | MS | 39440 |
| 198 | JONES | ROBERT | 1705 9TH AVE N. | COLUMBUS | MS | 39701 |
| 199 | JONES, JR | SAMMY | 661 HWY. 503 | VOSSBURG | MS | 39366 |
| 200 | JONES | WILLIE | P.O. BOX 6126 | LAUREL | MS | 39441 |
| 201 | JONES | MELVIN | 2116 2ND ST | LAKE CHARLES | LA | 70601 |
| 202 | JONES | JERRY | 114 CR 193 | STRINGER | MS | 39481 |
| 203 | JONES | WILLIE | 46 PICKENS DR | COLUMBUS | MS | 39702 |
| 204 | JONES, SR | FRANCIS | 531 ST MARY ST | NEW IBERIA | LA | 70560 |
| 205 | JORDAN | GREGORY | 1301 WHEATEN ST | LAUREL | MS | 39440 |
| 206 | JORDAN | DORIS | 1010 LITTLE ST | WEST POINT | MS | 39773 |
| 207 | KEYES | ROBERT | P.O. BOX 475 806 GRADY ST | ELLISVILLE | MS | 39437 |
| 208 | KIDD | FRANK | 1433 ROBERTS ST | LAUREL | MS | 39440 |
| 209 | KING | EARLIE | P.O. BOX 614 | CARROLLTON | AL | 35447 |
| 210 | KING | MELVIN | 30 CR 818 | HEIDELBERG | MS | 39439 |
| 211 | KNIGHT | CLARENCE | 109 ANDY KNIGHT RD | SOSO | MS | 39480 |
| 212 | KNIGHT | DONALD R. | P. O. BOX 408 | SOSO | MS | 39480 |
| 213 | LA CONNER | MIMS | 68 PATTERSON LOOP | MACON | MS | 39341 |
| 214 | LANDRY | NOLAN | 528 BEAULLIEU ST | JEANERETTE | LA | 70544 |
| 215 | LANDRY | ORIEN | 7514 JEFFERSON ISLAND RD | NEW IBERIA | LA | 70560 |
| 216 | LANDRY | YANCY | 107 PELLERIN | JEANERETTE | LA | 70544 |
| 217 | LANE | JERMAINE | 506 TEDFORD DR | WEST POINT | MS | 39773 |
| 218 | LANE | KELVIN | 820 MOSELY AVE | WEST POINT | MS | 39773 |
| 219 | LANGHAM | CHARLIE | 4600 ELY ST. | MOSS POINT | MS | 39563 |
| 220 | LAPOINT | RODNEY | 1108 POST OAK RD # 19 | SULPHUR | LA | 70663 |
| 221 | LAWERANCE | DARIO | 114 ALFRED DR | VICKSBURG | MS | 39180 |
| 222 | LEBLANC | TERRELL | 2922 7TH ST | LAKE CHARLES | LA | 70601 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 223 | LEDBETTER | RUTH | 4314 CHARLIE SHELTON RD | WEST POINT | MS | 39773 |
| 224 | LEDBETTER, JR | MORRIS | 834 HERMAN SHIRLEY RD | WEST POINT | MS | 39773 |
| 225 | LETT | ELISHA O. | 4601 WELCH ST. | MOSS POINT | MS | 39563 |
| 226 | LEVERETTE | SIDNEY | 4500 PAYTON ST. | MOSS POINT | MS | 39563 |
| 227 | LEVERSON | JOHNNY | P. O. BOX 292 | ESCATAWPA | MS | 39552 |
| 228 | LEVY | CLARENCE | 1909 BELL AVE | COLUMBUS | MS | 39701 |
| 229 | LEWIS | ROBERT J. | 306 LOVETTE ST. | JEANERETTE | LA | 70544 |
| 230 | LINLEY | RAYMOND | 1570 LOWERY CIR. | WEST POINT | MS | 39773 |
| 231 | LOTT | WILLIE | 4317 S. GLEN DR | VICKSBURG | MS | 39180 |
| 232 | LOVE | MARVIN | 415 15TH ST S. | COLUMBUS | MS | 39701 |
| 233 | LYNN | CHRIS | 2217 GLASS RD | VICKSBURG | MS | 39180 |
| 234 | LYNN | JOHNNIE | 2500 LETOURNEAU RD | VICKSBURG | MS | 39180 |
| 235 | LYNN, JR | JOHNNIE | 1350 DUDLEY RD | VICKSBURG | MS | 39180 |
| 236 | MANUEL | ANTHONY C. | 723 KENT ST. | JEANERETTE | LA | 70544 |
| 237 | MARTIN | BENNIE | 1108 RANCHWOOD DR | SHOREWOOD | IL | 60431 |
| 238 | MASON | RODERICK | 411 NATE WAYNE DR | MACON | MS | 39341 |
| 239 | MASON | LEOLA | 257 FAGAN BLVD | WEST POINT | MS | 39773 |
| 240 | MATTHEWS | ARGEAN H. | 4952 BELFAIR CT. | MOSS POINT | MS | 39563 |
| 241 | MATTHEWS | CHARLES | 3601 VINE ST. | MOSS POINT | MS | 39563 |
| 242 | MATTHEWS | JAMES R. | 4952 BELFAIR CT. | MOSS POINT | MS | 39563 |
| 243 | MATTHEWS | LEUERN F. | P. O. BOX 377 | ESCATAWPA | MS | 39552 |
| 244 | MATTHEWS, JR | LIONEL | 403 BERT ST | JEANERETTE | LA | 70544 |
| 245 | MATTHEWS | ROBERT | 4161 BAYOU ST. | MOSS POINT | MS | 39563 |
| 246 | MATTHEWS | THOMAS | 3017 JEFFERY DR. | MOSS POINT | MS | 39562 |
| 247 | MATTHEWS | WILLIE | P. O. BOX 377 | ESCATAWPA | MS | 39552 |
| 248 | MCCOTRY | WILLIE | 2154 OLD VINTON RD | WEST POINT | MS | 39773 |
| 249 | MCCOY | PAUL | 843 N 9TH AVE | LAUREL | MS | 39440 |
| 250 | MCCULLAR, JR. | BENFORD | 4409 MCARTHUR ST. | PASCAGOULA | MS | 39567 |
| 251 | MCCULLUM, JR | CHARLES | P.O. BOX 566 | MOSS POINT | MS | 39480 |
| 252 | MCCULLUM, SR | CHARLES | P.O. BOX 566 | SOSO | MS | 39480 |
| 253 | MCCULLUM | JAMES | 37 MT. WILLIAM LN. | TAYLORSVILLE | MS | 39168 |
| 254 | MCDONALD | STANLEY | 279 CR 113 | HEIDELBERG | MS | 39439 |
| 255 | MCGILL | DURLAND | 93 ARMISSIE RD | ELLISVILLE | MS | 39437 |
| 256 | MCGOLBERRY | CHARLES | P.O. BOX 493 | ELLISVILLE | MS | 39437 |
| 257 | MCGREGORY | GRETA | 3405 JOHN HANCOCK DR | COLUMBUS | MS | 39705 |
| 258 | MCKINNEY | FREDDIE | 809 JAMES ST | WEST POINT | MS | 39773 |
| 259 | MCLAURIN | CHARLES | 463 EASTVIEW DR | LAUREL | MS | 39443 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 260 | MCNAIR | JOHN A. | 4507 STAUTER ST. | MOSS POINT | MS | 39563 |
| 261 | MCNAIR | LARRY | 6119 DORA AVE. | MOSS POINT | MS | 39563 |
| 262 | MCNAMEE | DANNY | 1673 VEST RD | WEST POINT | MS | 39773 |
| 263 | MCSWAIN | REUBEN | P.O. BOX 148 | RICHTON | MS | 39476 |
| 264 | MEARS | JOHN | P.O. BOX 1355 HWY | IOWA | LA | 70648 |
| 265 | MEARS | DARREL | 221 JOHN CIR. | IOWA | LA | 70567 |
| 266 | MEARS | MARVIN | 122 HUVAL ST | RAGLEY | LA | 70615 |
| 267 | MEARS | MARK | 2705 WATTS RD | LAKE CHARLES | LA | 70611 |
| 268 | METCALF | DONNELL | 10628 HWY 45 ALT | LAKE CHARLES | LA | 39756 |
| 269 | MILLER | CAREY | 785 SHELLIE BROWN RD | PRAIRIE | MS | 39339 |
| 270 | MILLER | JOHNNY | 1671 CAYUGA RD | LOUISVILLE | MS | 39175 |
| 271 | MILLER, SR | ELIJAH | 1221 ERIKA DR | UTICA | MS | 70601 |
| 272 | MILSAP | CRANFORD | 793 HWY 503 | IOWA | LA | 39366 |
| 273 | MITCHELL | DAROLD | 639 GRISSON RD | VOSSBURG | MS | 39341 |
| 274 | MOFFETT | GEORGE | 711 CRESTVIEW DR | MACON | MS | 39401 |
| 275 | MOFFETT | JOHN | 1515 MARGRET DR | HATTIESBURG | MS | 39440 |
| 276 | MOFFETT | ROGER | 1931 TULIP ST | LAUREL | MS | 39440 |
| 277 | MOFFETT | BENITA | 38 MARIE DR | LAUREL | MS | 39440 |
| 278 | MOFFITT | JAMES | 516 BEACON ST | LAUREL | MS | 39440 |
| 279 | MONROE | BETTY | 5230 BILLY ST | MOSS POINT | MS | 39563 |
| 280 | MOODY | WILLIE | P.O. BOX 8416 | COLUMBUS | MS | 39702 |
| 281 | MOORE, JR. | NATHAN | 4315 JAMESTOWN RD. | MOSS POINT | MS | 39563 |
| 282 | MOORE | TOMMIE | 1220 SIMMONS ST | LAUREL | MS | 39440 |
| 283 | MOORE | TRI | 4225 N. FRONTAGE RD AEB | VICKSBURG | MS | 39180 |
| 284 | MOORE | RUBEN | 8396 WIL SPOON RD | WEST POINT | MS | 39773 |
| 285 | MORGAN | ARTHUR | 506 DUBLIN DR | COLUMBUS | MS | 39702 |
| 286 | MORGAN | LAVERN | 133 FRIENDSHIP RD | LAUREL | MS | 39440 |
| 287 | MORGAN | MICHAEL | P.O. BOX 597 | HEIDELBERG | MS | 39439 |
| 288 | MORGAN | NICHOLAS | 516 E KINGSTON ST | LAUREL | MS | 39440 |
| 289 | MORRIS | MICHAEL | 605 N. GAYWOOD AVE | COLUMBUS | MS | 39702 |
| 290 | NABORS | CK | 322 PRISCELLA CIR. | COLUMBUS | MS | 39702 |
| 291 | NEAL | GENE | 6236 COUNTY RD | ETHELSVILLE | AL | 35461 |
| 292 | NELSON | ROLAND | 1509 21ST STREET N. | COLUMBUS | MS | 39701 |
| 293 | NIXON | MICHAEL | 939 POPLAR DR | LAUREL | MS | 39440 |
| 294 | ODOM | BONITA | P.O. BOX 69 | ESCATAWPA | MS | 39563 |
| 295 | OLIVIER, SR. | MURPHY | P.O. BOX 667 | LOREAUVILLE | LA | 70552 |
| 296 | OWENS, JR | ROBERT | 828 E. 18TH ST | LAUREL | MS | 39440 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 297 | PAGE | MICHAEL | 1818 AIRPORT DR | LAUREL | MS | 39440 |
| 298 | PAGE | LEX | P.O. BOX 612 | TAYLORSVILLE | MS | 39168 |
| 299 | PAIGE | CHARLES | 17 GUNTER CIR. | SOSO | MS | 39480 |
| 300 | PALMER | DONALD | RT 3 BOX 84 | MATHISTON | MS | 39752 |
| 301 | PARKER | CHESTER | P.O. BOX 87 | VOSSBURG | MS | 39366 |
| 302 | PARKER | KENDRICK | P. O. BOX 194 | PORT GIBSON | MS | 39150 |
| 303 | PARKER | LEWIS | P.O. BOX 83 | SANDERVILLE | MS | 39477 |
| 304 | PARNELL | WILLIAM | RT 2 BOX 514 | MABEN | MS | 39750 |
| 305 | PATMON | DIAN | 147 FLORENCE HARRIS RD | COLUMBUS | MS | 39702 |
| 306 | PATTERSON | ANTOIN | 1046 RANSON RD | COLUMBUS | MS | 39701 |
| 307 | PATTERSON | GW | 146 SHADY OAK RD | LAUREL | MS | 39443 |
| 308 | PATTERSON | JACQUELINE | 1046 RANSON RD | COLUMBUS | MS | 39701 |
| 309 | PAULENE | MICHAEL | 1745 COUNTY RD 35 | FAYETTE | AL | 35555 |
| 310 | PAYTON | JOHN | 469 CR 1725 | BAY SPRINGS | MS | 39422 |
| 311 | PEFR | ANTHONY | 1903 AIRPORT DR | LAUREL | MS | 39440 |
| 312 | PERNELL | DORA | P.O. BOX 1816 | WEST POINT | MS | 39773 |
| 313 | PERNELL | WILLIE H. | P.O. BOX 1816 | WEST POINT | MS | 39773 |
| 314 | PETERS | MAGGIE | 1442 OLD WEST POINT RD | STARKVILLE | MS | 39759 |
| 315 | PETTY | LOGAN | 104 HAYES RD | ETHELSVILLE | AL | 35461 |
| 316 | PIERCE | DAVIS | 64 COUNTY RD 373 | HEIDELBERG | MS | 39439 |
| 317 | PIERRE | PAUL | 202 VENUS DR | LAFAYETTE | LA | 70501 |
| 318 | PLUMMER | JERRY | 1827 LINCOLN ST | LAUREL | MS | 39440 |
| 319 | POLLARD | HENRIETTA | 1049 MISS AVE | LAUREL | MS | 39440 |
| 320 | POLLARD, JR | WILLIAM | 517 8TH ST | LAUREL | MS | 39440 |
| 321 | POOLE | MELENDEZ | 1702 4TH AVE N. | COLUMBUS | MS | 39701 |
| 322 | PORTER | ANTOINE | 618 E 10TH ST | LAUREL | MS | 39440 |
| 323 | PRESTON | DENNIS | 1805 JOAN DR. | FRANKLIN | LA | 70538 |
| 324 | PRESTON, JR. | HOWARD | P. O. BOX 90 | JEANERETTE | LA | 70544 |
| 325 | PROWELL | ROBERT | 3899 JOSS LYONS RD | COLUMBUS | MS | 39705 |
| 326 | PRUITT, JR | ROBERT | 207 SUMMERLAND RD | TAYLORSVILLE | MS | 39168 |
| 327 | PRUITTS | EUNICE | 1362 S. PICKENSVILLE RD | COLUMBUS | MS | 39702 |
| 328 | PUGH | WILLIE RAY | 1516 GEORGE ST. | LAUREL | MS | 39440 |
| 329 | PUTMAN | JAMES O. | 5519 BILLY AVE. | MOSS POINT | MS | 39563 |
| 330 | PUTMON | EDDIE | 5330 WINONA DR. | MOSS POINT | MS | 39563 |
| 331 | RAMSEY | GARY | 16 ODESSA DR | LAUREL | MS | 39443 |
| 332 | RANDLE | JIMMIE | 12541 JIM RANDLE DR | PRAIRIE | MS | 39756 |
| 333 | RANKINS | BOOKER T. | 4006 MACHPELAH RD. | MOSS POINT | MS | 39563 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 334 | RATCLIFF | RICHARD | 157 HOUSTON RD | LAUREL | MS | 39443 |
| 335 | RATLIFF | EDDIE | 4030 COLEEN ST. | MOSS POINT | MS | 39563 |
| 336 | REED | WILLIE | 121 E. KINGSTON ST | LAUREL | MS | 39440 |
| 337 | REGISTER | ALVIN | 10 HUMMINGBIRD LN | LAUREL | MS | 39443 |
| 338 | RICHARDSON | JAMES | 298 SIMTH CHAPEL RD | LAUREL | MS | 39440 |
| 339 | RICHARDSON | RONNIE | 48 OAK ST | LAUREL | MS | 39440 |
| 340 | RICHARDSON | BOBBY | P.O. BOX 1132 | WEST POINT | MS | 39773 |
| 341 | RICKEY | RONNIE | 55 EVER GREEN RD | SHUBUTA | MS | 39360 |
| 342 | RIVERS | STEVE | 2292 HWY 45 S. | WAYNESBORO | MS | 39367 |
| 343 | ROBERTSON | ANDREW | 425 LAND RD | COLUMBUS | MS | 39705 |
| 344 | ROBERTSON | HUGH | 1702 NORTHWOOD FOREST RD | WEST POINT | MS | 39773 |
| 345 | ROBINSON | JOHN | 3707 JUNIPER ST. | MOSS POINT | MS | 39563 |
| 346 | ROBINSON | RYAN | 1103 N. 9TH AVE | LAUREL | MS | 39440 |
| 347 | ROLLIN | PAUL | 1606 21 ST N. | COLUMBUS | MS | 39701 |
| 348 | RUSSELL | ALEX | 1820 SCR 52 | RALEIGH | MS | 39153 |
| 349 | SAMPSON | LEDYARD | 1617 CEDAR DOWN DR. | MOBILE | AL | 36605 |
| 350 | SANDERS, JR. | CHARLIE | 4006 MAX ST. | MOSS POINT | MS | 39563 |
| 351 | SANDERS | RICHARD | 1909 14TH AVE. N. | COLUMBUS | MS | 39701 |
| 352 | SANDERS | GEORGE | 1006 HIGHWAY 340 | WOODLAND | MS | 38776 |
| 353 | SCHANNETTE | ROBERT D. | 1319 MARAIS | JEANERETTE | LA | 70544 |
| 354 | SCOTT | JAMES | 103 QUINOLA LANE | VICKSBURG | MS | 39180 |
| 355 | SELVIE | FREDRICK | P.O. BOX 178 | CRAWFORD | MS | 39743 |
| 356 | SENSAT | LARRY | 268 B VICTORIA DR | LAKE CHARLES | LA | 70611 |
| 357 | SHAMILY | MICHAEL | 509 FORREST AVE | MACON | MS | 39341 |
| 358 | SHELBY | CURTIS | 44 CR 179 | STRINGER | MS | 39481 |
| 359 | SHELBY | GREGORY | 539 SCR 8A1 | TAYLORSVILLE | MS | 39168 |
| 360 | SHELBY | JIMMIE | 97 FEED MILL RD | SOSO | MS | 39480 |
| 361 | SHELBY | SAMMIE | 118 SHADY OAK RD | LAUREL | MS | 39443 |
| 362 | SHELTON, JR | THEDORE | 427 CENTER ST | WEST POINT | MS | 39773 |
| 363 | SHELTON, JR | THEDORE | 920 REDWINE CIR. | WEST POINT | MS | 39773 |
| 364 | SIMON, SR | PHILLIP | 530 E PERSHING | NEW IBERIA | LA | 70560 |
| 365 | SIMS | ELOIS | 40146 VALLEY CHAPEL RD | HAMILTON | MS | 39746 |
| 366 | SMITH | CHARLES W. | P.O. BOX 1211 | BAY SPRINGS | MS | 39422 |
| 367 | SMITH | HENRY | 1567 WAVERLY MANSION RD | WEST POINT | MS | 39773 |
| 368 | SMITH | HERMAN | 701 MAPLE ST | LAUREL | MS | 39440 |
| 369 | SMITH | KEITH | 613 MYERS ST | JEANERETTE | LA | 70544 |
| 370 | SMITH | MARY | 115 MAPLE ST | COLUMBUS | MS | 39702 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 371 | SMITH | MICHAEL | 1600 GREEN HILL RD | VICKSBURG | MS | 39180 |
| 372 | SMITH | SHEDRICK | 275 SANDY RUN RD | HATTIESBURG | MS | 39402 |
| 373 | SMITH, JR | CHARLES | 443 SMITH RD | VICKSBURG | MS | 39180 |
| 374 | SMITH, SR | CHARLES | 1509 FISCHER FERRY | VICKSBURG | MS | 39180 |
| 375 | SNYDER, JR. | ELIE | 811 GEOGHAGAN RD. | FAYETTE | MS | 39069 |
| 376 | SONSOM | CHRISTOPHER | 541 HALVESTON RD 308 | HATTIESBURG | MS | 39401 |
| 377 | SPRINGER | IRENE | 309 12TH AVE S. | COLUMBUS | MS | 39701 |
| 378 | STANFIELD | DARLENE | 4226 N TVA RD | WEST POINT | MS | 39773 |
| 379 | STANFIELD | ARIC | 4226 N. TVA RD | WEST POINT | MS | 39773 |
| 380 | STEED | BRIAN | 205 HIWASSEE DR | STARKVILLE | MS | 39759 |
| 381 | STEELE | RONNIE | 4540 PAYNE ST. | MOSS POINT | MS | 39563 |
| 382 | STENNIS | ROBERT | 3725 N. AUDUBON RD | INDIANAPOLIS | IN | 46218 |
| 383 | STENSON | TOBIE | 424 CR 377 | HEIDELBERG | MS | 39439 |
| 384 | STEWART | ROBERT | 1412 SOUTH STREET | VICKSBURG | MS | 39180 |
| 385 | STOKES | HELEN M. | 4519 GENERAL IKE | MOSS POINT | MS | 39563 |
| 386 | STOKES | J. J. | 4519 GENERAL IKE | MOSS POINT | MS | 39563 |
| 387 | STOVER II | GEORGE | 211 CHESTNUT ST | LAUREL | MS | 39440 |
| 388 | SWIFT | THOMAS | 4205 WHITESTATION RD | WEST POINT | MS | 39773 |
| 389 | TATE | QUINCY | 2317 3RD AVE S. | COLUMBUS | MS | 39701 |
| 390 | TAYLOR | BOBBIE | 414 BURGUNDY DR | COLUMBUS | MS | 39702 |
| 391 | TAYLOR | ROBERT | 1350 HENRY LAKE RD | VICKSBURG | MS | 39180 |
| 392 | TAYLOR | DORIS | 1419 SECTION RD | WEST POINT | MS | 39773 |
| 393 | THEODILE, SR | ROBERT | 1433 COPP AVE | JEANERETTE | LA | 70544 |
| 394 | THIGPEN | LAYFATE | P.O. BOX 223 | HEIDELBERG | MS | 39439 |
| 395 | THOMAS | CARZELL | 284 HARRIS DR | COLUMBUS | MS | 39705 |
| 396 | THOMAS | DAVE | 2043 REBECCA ST | LAUREL | MS | 39440 |
| 397 | THOMAS, JR | WILBERT | 767 HUGHES RD | COLUMBUS | MS | 39702 |
| 398 | TOWNSEL | CAROLYN | 647 MOST | WEST POINT | MS | 39773 |
| 399 | TOWNSEND | WILLIE | 113 OAK ST | LAUREL | MS | 39440 |
| 400 | TREECE | TONY | 211 SHELTON ST | COLUMBUS | MS | 39702 |
| 401 | TRIPLET | MICHAEL | 1433 ROBERTS ST | LAUREL | MS | 39440 |
| 402 | TURNER | DANIEL | 222 MT WILLIAMS RD | TAYLORSVILLE | MS | 39168 |
| 403 | TURNER | EARLY | 29 HWY 28 W. | LAUREL | MS | 39443 |
| 404 | TURNER | WILLIE | P.O. BOX 15 | BAY SPRINGS | MS | 38422 |
| 405 | VIATOR | BARTEL | 109 INEZ DR | JEANERETTE | LA | 70544 |
| 406 | WALKER | MAXINE | P.O. BOX 871 | HEIDELBERG | MS | 39439 |
| 407 | WALKER | WILLIE | 746 E. 16TH ST | LAUREL | MS | 39440 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 408 | WALKER | MOZELLA | 170 PREACHER WALKER RD | MENDENHALL | MS | 39114 |
| 409 | WALLACE | LEODIS | HWY 86 4245 | CARROLLTON | AL | 35447 |
| 410 | WARD | JERRY L. | 508 LOVETTE | JEANERETTE | LA | 70544 |
| 411 | WARREN | DAMON | 248 BUCKATUNNA MT ZION RD | BUCKATONNA | MS | 39322 |
| 412 | WASHINGTON | JERRY | 9179 OLD HWY 46 | MANTEE | MS | 39751 |
| 413 | WATTS III | GARLAND | P.O. BOX 1255 | RICHTON | MS | 39476 |
| 414 | WEATHERSPOON | CALEB | P.O. BOX 117 | CRAWFORD | MS | 39743 |
| 415 | WEBB | KENNETH | 706 S GAYWOOD AVE | COLUMBUS | MS | 39701 |
| 416 | WEBB | STEVEN E. | P. O. BOX 1644 | ESCATAWPA | MS | 39552 |
| 417 | WEBBER | JOHNNY | 703 2ND ST N. | COLUMBUS | MS | 39701 |
| 418 | WELLS | ESSIE MAE | P.O. BOX 292 | ESCATAWPA | MS | 39552 |
| 419 | WEST | CHARLIE | 504 TAYLOR ST | WAYNESBORO | MS | 39367 |
| 420 | WEST, SR | JOSEPH | 2337 HILL CREST DR | LAKE CHARLES | LA | 70601 |
| 421 | WESTON | MARGARET | 4577 NASHVILLE FERRY RD E. | COLUMBUS | MS | 39702 |
| 422 | WHIGHAM | ANTHONY | 918 CR 636 | WAYNESBORO | MS | 39367 |
| 423 | WHITE | DAPHNE | 718 TRACE RD | LAUREL | MS | 39443 |
| 424 | WHITE | RONNIE | P.O. BOX 514 | LORMAN | MS | 39096 |
| 425 | WHITFIELD | MCARTHUR | 1147 TABERNACLE RD | COLUMBUS | MS | 39702 |
| 426 | WILLIAMS | GEORGE | 47 THOMAS CIR. | COLUMBUS | MS | 39705 |
| 427 | WILLIAMS | OLLEE | P.O. BOX 8472 | LAUREL | MS | 39440 |
| 428 | WILLIAMS | PATRICIA | 11 HOG GREEN ACRES RD | LAUREL | MS | 39443 |
| 428 | WILLIAMSON, JR | LAWRENCE | 109 E LAKEWOOD DR | HATTIESBURG | MS | 39402 |
| 430 | WILSON | TREMAYNE L. | 1008 FRONT ST. | LAUREL | MS | 39440 |
| 431 | WINDHAM | DAMON | 1015 PENDOFF RD | LAUREL | MS | 39441 |
| 432 | WINFIELD | JOHNNY | CR 8 1394 | LAUREL | MS | 39443 |
| 433 | WRONE | JACKIE | 234 CRAFT RD | COLLINS | MS | 39428 |

## **PLAINTIFFS' ATTORNEYS**

C. Victor Welsh III
Crymes G. Pittman
Pittman, Germany, Roberts & Welsh, L.L.P.
410 South President Street
P.O. Box 22985
Jackson, MS 39225

Lowry M. Lomax
Scott O. Nelson
Maples and Lomax, P.A.
2502 Market Street
P.O. Drawer 1368
Pascagoula, MS 39568-1368

Don Barrett
Richard Barrett
Barrett Law Office
P.O. Box 987
Lexington, MS 39095